UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAPITAL TERMINAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORP. and GETTY REALTY CORP.,<br><br>Defendants. | C.A. No. 03-047S |

**ORDER**

William E. Smith, United States District Judge.

This Court received the Report and Recommendation of United States Magistrate Judge Lincoln D. Almond, filed on January 14, 2005, in the above-captioned matter. Both Plaintiff and Defendants object to the Report and Recommendation. After reviewing the parties' memoranda in support of their objections and hearing oral argument on May 24, 2005, the Court finds the analysis in the Report and Recommendation fully supported by the record and applicable law. Therefore, all objections to the Report and Recommendation are denied. Pursuant to Title 28 United States Code § 636(b)(1), the Court accepts and adopts the findings in United States Magistrate Judge Lincoln D. Almond's January 14, 2005, Report and Recommendation. Accordingly, the Motion for Summary Judgment filed by Getty Properties Corporation and Getty Realty Corporation is GRANTED. The Motion for Partial Summary Judgment

filed by Getty Properties Corporation and Getty Realty Corporation is DENIED. Capital Terminal Company's Partial Motion for Summary Judgment is DENIED. Capital Terminal Company's Cross-Motion for Summary Judgment is GRANTED. Robert Eder's Cross-Motion for Summary Judgment is GRANTED.

Final judgment shall enter against Plaintiff Capital Terminal Company and Counterclaim Plaintiffs Getty Properties Company and Getty Realty Corporation on all claims asserted by them in this action, and final judgment shall enter in favor of Defendants Getty Properties Corporation and Getty Realty Corporation and Counterclaim Defendants Capital Terminal Company and Robert Eder on all claims asserted against them in this action.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 10/4/05