UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

CAPITAL TERMINAL COMPANY
Plaintiff

V.

Case Number: C.A. NO. 03-47S

GETTY PROPERTIES, ET AL
Defendant

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter in favor of the Defendants' Getty Realty Corporation and Getty Properties Corporation against the Plaintiff, Capital Terminal Company. As to Defendants' Counterclaim, Judgment shall enter in favor of Counterclaim Defendants' Capital Terminal Company and Robert H. Eder and against Counter Claimant Getty Properties Corporation.**

October 5, 2005
Date

Clerk

(By) Deputy Clerk